IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PRESTON R. SCOTT,

        Petitioner,

v.                                      3:11cv64-WS/EMT

KENNETH S. TUCKER,

        Respondent.
_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed March 15, 2012.  See Doc. 31.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed.  The petitioner has filed no objections to the report and recommendation.

      This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 31) is hereby ADOPTED and incorporated by reference into this order.

      2.  The respondent's motion to dismiss (doc. 26) is GRANTED.

      2.  The petitioner's petition for writ of habeas corpus is DISMISSED with prejudice as untimely.

      3.  The clerk shall enter judgment stating: "All claims are DISMISSED with

prejudice."

    4.  A certificate of appealability is DENIED.

    DONE AND ORDERED this ___17th___ day of ___April___, 2012.


                                    s/ William Stafford
                                    WILLIAM STAFFORD
                                    SENIOR UNITED STATES DISTRICT JUDGE